FORM L51a Final Decree (v.1.06)

05-27769 - B - 7



UNITED STATES BANKRUPTCY COURT
Eastern District of California

Robert T Matsui United States Courthouse
501 I Street, Suite 3-200
Sacramento, CA 95814

(916) 930-4400
www.caeb.uscourts.gov
M-F 9:00 AM - 4:00 PM

FILED

1/23/06

CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

admin

# FINAL DECREE

Case Number: 05-27769 - B - 7

Debtor Name(s), Social Security Number(s), and Address(es):

Edward S. Zeissler
xxx-xx-4703

1480 KERI LN
CHICO, CA 95926

Sonia J. Zeissler
xxx-xx-2268

1480 KERI LN
CHICO, CA 95926

Trustee: Michael P. Dacquisto
PO Box 992631
Redding, CA 96099-2631

Telephone Number: (530) 244-6267

Office of the United States Trustee:

For cases in the Sacramento Division and Modesto Division: 501 I Street, Room 7-500, Sacramento, CA 95814
For cases in the Fresno Division: 1130 O Street, Room 1110, Fresno, CA 93721

It appearing to the court that the Trustee in the above-entitled case has completed administration of this estate,

**IT IS ORDERED** that the estate is hereby closed; that the Trustee is hereby discharged, that the bond of the Trustee is hereby canceled, and that the Trustee's bond is hereby released from further liability thereunder, except any liability which may have accrued during the time such bond was in effect.

Dated:
1/23/06

For the Court,
Richard G. Heltzel , Clerk